IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:22-cr-00294-MHT |
| | ) | (WO) |
| KELSHUN J. CAMPBELL | ) | |

**FINAL ORDER OF FORFEITURE**

Before the court is the government's motion for a final order of forfeiture (Doc. 77) filed on January 5, 2024.

On July 26, 2023, this court entered a preliminary order of forfeiture (Doc. 47) ordering the defendant to forfeit his interest in a Taurus, model G2C, 9mm pistol, bearing serial number ACA449434; and ammunition.

Publication of notice was not required pursuant to Rule G(4)(a) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions as the property is worth less than $1,000, and the only potential claimants are the defendant and Tyauandra Manair. The government gave the defendant notice in the indictment (Doc. 1) that it would seek the forfeiture of any firearms and ammunition involved in the commission of the offenses in violation of 18 U.S.C. § 924(c)(1)(A); any and all property constituting or derived from proceeds defendant obtained directly or indirectly as a result of violations of 21 U.S.C. § 841(a)(1); and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the offenses in violation of 21 U.S.C. § 841(a)(1).

On August 3, 2023, notice of this forfeiture was served on Tyauandra Manair. *See* Process Receipt and Return (Doc. 49). No petition of interest was filed within the required 35-day period. Therefore, any third-party interests are barred for failure to file a timely petition.

The court finds the defendant has an interest in the property that is subject to forfeiture pursuant to 18 U.S.C. §§ 924(d)(1) and 981(a)(1)(C); 21 U.S.C. § 853(a); and 28 U.S.C. § 2461; and that the government has established the requisite nexus between the property and such offenses in violation of 18 U.S.C.§ 924(c)(1)(A) and 21 U.S.C. § 841(a)(1).

Accordingly, it is hereby ORDERED that the government's motion for a final order of forfeiture is granted as follows:

1. The following property is hereby forfeited to the United States pursuant to 18 U.S.C. §§ 924(d)(1) and 981(a)(1)(C); 21 U.S.C. § 853(a); and 28 U.S.C. § 2461: **Taurus, model G2C, 9mm pistol, bearing serial number ACA449434; and ammunition.**

2. All right, title, and interest to the property described above is hereby condemned, forfeited, and vested in the United States and shall be disposed of according to law.

3. The United States District Court shall retain jurisdiction in this case for the purpose of enforcing this order.

4. The clerk of the court shall forward a certified copy of this order to the United States Attorney's Office.

DONE, this the 8th day of January, 2024.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE