**IN THE DISTRICT COURT OF THE UNITED STATES FOR THE**

**MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION**

```
UNITED STATES OF AMERICA    )
                            )     CRIMINAL ACTION NO.
     v.                     )         2:22cr294-MHT
                            )              (WO)
KELSHUN J. CAMPBELL         )
```

**SUPPLEMENTAL ORDER ON TREATMENT-RELATED
CONDITIONS OF SUPERVISED RELEASE**

In accordance with the conditions of supervision in the judgment of conviction entered today, it is ORDERED that:

(1) Within 63 days of the commencement of supervised release, the United States Probation Office shall arrange for defendant Kelshun J. Campbell to receive a thorough psychiatric evaluation to determine whether he would benefit from medication for anxiety or any other mental-health condition and shall arrange for Campbell to receive any recommended treatment. However, if Campbell was prescribed medication at the end of his incarceration, the probation officer should arrange for the evaluation quickly enough to prevent any lapse in medication treatment.

(2) Within 63 days of the commencement of supervised release, the United States Probation Office shall arrange for defendant Campbell to receive a thorough evaluation by a psychologist to identify any mental disorders and assess whether he would benefit from therapy to address anxiety or any other identified mental-health conditions; to assist him with the transition to the free world; to help him learn to cope with stress and adversity without resort to substance abuse or other maladaptive behavior; and to address with any traumatic experiences in prison and any prior grief or trauma.  The probation officer shall arrange for Campbell to receive any recommended treatment.

(3) Within 70 days of the commencement of supervised release, the United States Probation Office shall file a report on the status and results of the evaluations required above and on how defendant Campbell is faring on supervision.

(4) The probation officer shall provide the professional(s) evaluating defendant Campbell with a copy of the amended defense sentencing memorandum (Doc. 68) prior to the commencement of the evaluation.

DONE, this the 29th day of February, 2024.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**